# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED

05 APR 26 AM 11: 3

ROBERT R. DI TRIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number: 2:94CR20276-B

SHEREE MC KINLEY
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Sheree McKinley, was represented by April Goode, Esq.

It appearing that the defendant, who was convicted on March 8, 1996 in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months. The Court directs the Bureau of Prisons to defer defendant's report for sixty (60) days.

FURTHERMORE, no further term of Supervised Release will follow said period of incarceration.

The defendant is allowed to remain released on present bond.

Signed this the 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 1/15/1967
U.S. Marshal No.: 14966-076
Defendant's Mailing Address: 946 Crockett, Memphis, TN 38107

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:94-CR-20276 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT