# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 MAY 23 PM 2: 28

ROBERT R. DI TROLIO
U.S. DIST. CT.
TN, MEMPHIS

U. S. A. vs. Sheree McKinley          Docket No. 2:94CR20276-002

## Petition on Probation and Supervised Release

**COMES NOW** ___Nicole D. Peterson___ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Sheree McKinley_ who was placed on supervision by the Honorable _Julia Smith Gibbons_ sitting in the Court at _Memphis, TN_ on the _8th_ day of _March, 1996_ who fixed the period of supervision at _Two (2) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)   The defendant shall submit to drug and alcohol treatment and counseling as deemed appropriate by the Probation Office.

\*    Term of Supervised Release began January 23, 2004.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Pursuant to a Petition on Supervised Release Violation submitted on March 10, 2005, Sheree McKinley appeared before United States District Judge J. Daniel Breen for a final revocation hearing on April 26, 2005. Judge Breen ordered that Ms. McKinley's Supervised Release be revoked and that she be committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of twelve (12) months. The Court then directed the BOP to defer Ms. McKinley's report date for sixty (60) days. It should be noted that Your Honor informed Ms. McKinley that her bond would be revoked if she tested positive for illicit substances on one more occasion.

Sheree McKinley has failed to comply with bond supervision in that she has failed to maintain contact as required, failed to report for screening as directed and she tested positive for the use of Cocaine on May 5, 2005.

**PRAYING THAT THE COURT WILL ORDER** that a ***WARRANT*** be issued for SHEREE MCKINLEY so that she can appear before the United States District Court to answer to charges of violation of bond supervision.

**BOND:** None

### ORDER OF COURT

Considered and ordered this _23rd_ day of _May_, 20 _05_, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the Foregoing is true and correct.

Executed on _May 20, 2005_

_____
U. S. Probation Officer

Place: _Memphis, TN_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5-23-05_

(206)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 206 in case 2:94-CR-20276 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT